IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

COREY BOONE,

       Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1666

Opinion filed December 4, 2017.

Petition for Writ of Certiorari—Original Jurisdiction.

Corey Boone, pro se, Petitioner.

Rana Wallace, General Counsel, Florida Commission on Offender Review,
Tallahassee, for Respondent.

PER CURIAM.

      DENIED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., CONCUR.